■ JOSHUA PASSALACQUA, as Administrator of the Estate of BRITTANY PASSALACQUA, Deceased, Appellant, v STATE OF NEW

York, Respondent. [963 NYS2d 908]—Appeal from an order of the Court of Claims (Philip J. Patti, J.), entered March 21, 2012. The order granted the motion of defendant to dismiss the claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Centra, J.P., Fahey, Carni, Whalen and Martoche, JJ.